# NEW JERSEY MISCELLANEOUS REPORTS. 323

Supreme Court—Silent Sales Vending Co. v. Nipola Products Co.

## SILENT SALES VENDING COMPANY v. NIPOLA PRODUCTS COMPANY.

Argued January term, 1925.    Decided March 24, 1925.

On rule to show cause.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the rule, *Takella & Camby.*

*Contra, Joseph Beck Tyler.*

PER CURIAM.

Our examination of the testimony submitted, as well as the circumstances under which the judgment by default was entered, together with the record of the case, and the law applicable thereto, satisfies us that the judgment should not be disturbed.

The rule to show cause will therefore be discharged, with costs.